BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, PSBN 46355
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, CA 94105-1545
     Telephone:  (415) 977-8943
     Facsimile:  (415) 744-0134
     E-mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| PAUL MENDOZA, | ) | Case No. 1:15-cv-00777-SMS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND |
| v. | ) | ORDER FOR EXTENSION OF TIME |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

     The parties, through their respective counsel, stipulate that the time for

Defendant to file her responsive pleading should be extended to April 29, 2016.

//

//

This is Defendant's first request for an extension of time to respond to Plaintiff's Opening Brief.  Defendant needs the additional time due to conflicting due dates.  Specifically, defense counsel is assisting with a discovery response involving more than 3,000 documents.  Plaintiff does not object and agrees that all subsequent filing deadlines should be extended accordingly.

Respectfully submitted,

Dated: March 9, 2016                    */s/ Young Cho*
                                        YOUNG CHO
                                        Attorney for Plaintiff Paul Mendoza
                                        (*Authorized via Email on 03/09/16)

Dated: March 9, 2016                    BENJAMIN B. WAGNER
                                        United States Attorney
                                        DEBORAH LEE STACHEL
                                        Acting Regional Chief Counsel, Region IX
                                        Social Security Administration

                                By:  */s/ Donna W. Anderson*
                                        DONNA W. ANDERSON
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

ORDER

IT IS SO ORDERED.

Dated:   **March 10, 2016**              **/s/ Sandra M. Snyder**
                                        UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28